**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 47 EM 2016
                         :

Respondent            :
                         :

          v.             :
                         :

MARCUS D. BROOKING,      :
                         :

Petitioner           :


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of June, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.